UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

VICTOR RAMIREZ,
LORA RAMIREZ,

        Plaintiffs,

- against -

CITY OF NEW YORK, et al.,

        Defendants.
-----------------------------------------------------------X

ORDER OF
DISCONTINUANCE

05 CV 4166 (ARR)

It having been reported to the Court that the above-captioned actions have been settled,

IT IS HEREBY ORDERED that the action is discontinued, with prejudice to the right to reopen the action by **July 20, 2006,** if the settlement is not consummated.

SO ORDERED:

DATED:    Brooklyn, New York
               June 21, 2006

                                                        Allyne R. Ross
                                                        Allyne R. Ross
                                                        United States District Judge

## Mailing List

Law Office of Stephen Civardi PC
265 Sunrise Highway
Rockville Centre, NY 11570


Basil Constantine Sitaras
NY Law Department
100 Church Street
New York, NY 10007